JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**MARCELO GOMEZ,**

**Plaintiff,**

**vs.**

**HK DIMSUM ENTERPRISE INC; JOHN LU, AS TRUSTEE OF THE JOHN AND LILLY LU 2003 TRUST; and DOES 1 to 10,**

**Defendants.**

**Case No.: 2:26-cv-09044-SVW-SKx**
Assigned to Judge Stephen V. Wilson

**~~[PROPOSED]~~ ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**

Based on the request for dismissal with prejudice and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with Prejudice.

SO ORDERED.

DATED: October 15, 2026

Hon. Stephen V. Wilson,
United States District Court Judge